District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHU WANG,<br><br>               Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et.al.*,<br><br>               Defendants. | CASE NO. 2:22-cv-1153-JLR<br><br>STIPULATED MOTION FOR DISMISSAL AND [~~PROPOSED~~] ORDER  **JLR**<br><br>Noted for consideration on:<br>September 23, 2022 |

      Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-485 Application to Register Permanent Residence or Adjust Status. Dkt. No. 1. USCIS has approved Plaintiff's application. Accordingly, the above-captioned action having been resolved, all parties hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//
//
//
//
//

DATED this 22nd day of September, 2022.

Respectfully submitted,

NICK W. BROWN
United States Attorney

s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 646-234-6961
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov
*Counsel for Defendants*

SHU WANG
10608 NE 2nd Street, Unit 717
Bellevue, WA 98004
Phone: 646-234-6961
Email: staceywang61@hotmail.com
*Pro Se Plaintiff*

STIPULATED MOTION
CASE NO. 2:22-cv-1153-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice.

Dated this <u>  23rd  </u> day of <u>     September     </u>, 2022.

_____
JAMES L. ROBART
United States District Judge